UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES S. TATE, JR., M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY MEDICAL CENTER OF ) <br> SOUTHERN NEVADA, etc., *et al*., ) <br> ) <br> Defendant. ) <br> _____ ) | 2:09-cv-1748-LDG-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on May 21, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   9th  day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge