JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
MICHAEL K. NAETHE, ESQ.
Nevada State Bar No. 11222
LAW OFFICE OF JACOB HAFTER & ASSOCIATES
7201 W. Lake Mead Blvd #210
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184

Attorneys for Plaintiff
JAMES S. TATE, M.D.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES S. TATE, JR., M.D.,

Plaintiff,

vs.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a county hospital pursuant to NRS 450, et. seq.; STEVE SISOLAK, TOM COLLINS, LARRY BROWN, LAWRENCE WEEKLY, CHRIS GIUNCHIGLIANI, SUSAN BRAGER, and RORY REID, in their ex officio capacity as the Board of Trustees of UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; THE MEDICAL AND DENTAL STAFF of UMC; JOHN ELLERTON, MD, an individual; DALE CARRISON, MD, an individual; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive,

Defendants.

Case No.: 2:09-cv-01748-LDG-RJJ

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff JAMES S. TATE, M.D., by and through his attorney, Michael K. Naethe, Esq., of the law firm Law Office of Jacob Hafter & Associates, hereby requests that the Court grant leave to file a supplement to Plaintiff's Opposition to Defendants' Motion for Summary Judgment. See Document 91. Local Rule 7-4 requires a table of authorities when a brief is

JH JACOB HAFTER ASSOCIATES
7201 W. Lake Mead Blvd., Ste 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile

filed with excess pages. Local Rule 7-2 does not allow for additional filings without leave of the court. Plaintiff sought leave to file a brief with excess pages. See Document 92. Plaintiff has attached a table of authorities as **Exhibit "A."** Plaintiff offers no substantive argument with this Motion. Plaintiff requests this Court grant Plaintiff's Motion to Supplement his Opposition with a Table of Authorities.

Dated this 1st day of October, 2012.

LAW OFFICE OF JACOB HAFTER & ASSOCIATES

By: [signature]

Jacob L. Hafter, Esq.
Nevada Bar Number 9303
Michael Naethe, Esq.
Nevada Bar Number 11222
7201 W. Lake Mead Blvd., Ste 210
Las Vegas, Nevada 89128
Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

DATED this 2 day of October, 2012.

[signature]

Lloyd D. George
Sr. U.S. District Judge

7201 W. Lake Mead Blvd., Ste 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile

JH The Law Offices of JACOB HAFTER & ASSOCIATES

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2012, I, personally, did electronically transmit the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the following CM/ECF registrants:

THOMAS RYAN, ESQ.
LISA WONG-LACKLAND, ESQ.
Lewis and Roca, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Attorneys for Defendants University Medical Center of Southern Nevada, Steve Sisolak, Tom Collins, Larry Brown, Lawrence Weekly, Chris Giunchigliani, Susan Brager and Rory Reid in their ex officio capacity as the Board of Trustees of University Medical Center of Southern Nevada, the Medical and Dental Staff of UMC, Kathleen Silver, and John Ellerton.

AND ANY OTHER ATTORNEY WHO MAY
STILL RECEIVE FILINGS VIA THE CM/ECF IN THIS CASE

Michael K. Naethe, Esq

7201 W. Lake Mead Blvd., Ste 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile
JH
JACOB HAFTER & ASSOCIATES

# EXHIBIT "A"

EXHIBIT "A"

# TABLE OF AUTHORITIES

## Cases


A.C. Shaw Constr. v. Washoe County, 105 Nev. (1989) . . . . . 55

Agster v. Maricopa County, 422 F.3d 836 (9th Cir.2005) . . . . . 48

Allee v. Medrano, 416 U.S. (1974) . . . . . 36

Am. Mfrs. Mut. Ins. Co. v. Sullivan, 526 U.S. (1999) . . . . . 22

American Fed. Of State. Co., & Mun. Empl. V. Woodward, 406 F.2d (8th Cir.) . . . . . 36

Anderson v. Creighton, 483 U.S. 635 (1987) . . . . . 49

Anderson v. Liberty Lobby, Inc., 477 U.S. (1986) . . . . . 11

Anton v. San Antonio Comm. Hosp., 567 P.2d (1977) . . . . . 43

Austin v. McNamara, 979 F.2d 728 (9th Cir. 1992) . . . . . 48

B.C. v. Plumas Unified Sch. Dist., 192 F.3d (9th Cir.1999) . . . . . 11

Bagdadi v. Nazar, 84 F.3d 1194 (9th Cir.1996) . . . . . 10

Barren v. Harrington, 152 F.3d (9th Cir. 1998) . . . . . 24

Bd. of Regents of State Colls. v. Roth, 408 U.S. (1972) . . . . . 22

Berberian, 395 Pa. . . . . . 56

Beyene v. Coleman Security Services, Inc., 854 F.2d (9th Cir.1988) . . . . . 11

Bighorn Development, Inc. v. Trumpower, 2008 WL 873595 (D.Nev. 2008) . . . . . 44

Boddie v. Connecticut, 401 U.S. (1971) . . . . . 22

Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n, 531 U.S. 288 (2001) . . . . . 24

Brentwood Academy v. Tennessee Secondary School Athletic Ass'n., 531 U.S. (2001) . . . . . 40, 42

Broam v. Bogan, 320 F.3d 1023 (9th Cir. 2003) . . . . . 22

Buckeye Cotton Oil Co. v. Sloan, 250 Fed. (6th Cir. 1918) . . . . . 38

Caliendo v. MacFarland, 13 Misc.2d (1958) . . . . . 56

Celotex Corp. v. Catrett, 477 U.S. (1986) . . . . . 10, 11

Cf. Kolstad v. Am. Dental Ass'n, 527 U.S. (1999) . . . . . 44

Chalkboard, Inc. v. Brandt, 902 F.2d (9th Cir.1989) . . . . . 25

Chudacoff v. U.M.C. et. al., Case No. 2:08-cv-00863-ECR-RJJ . . . . . 43, 47


7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile
JH JACOB HAFTER ASSOCIATES

Chudacoff v. UMC, 609 F.Supp.2d (D.Nev. 2009) . . . . . 22

City of Newport v. Fact Concerts, 453 U.S. (1981) . . . . . 34

City of St. Louis v. Praprotnik, 485 U.S. (1988) . . . . . 40

Clouther v. County of Contra Costa, 591 F.3d 1232, 1250 (9th Cir. 2010) . . . . . 34

Consolidated Generator-Nevada v. Cummins Engine, 114 Nev. (1998) . . . . . 55

Cooperativa de Seguros Multiples de Puerto Rico v. San Juan, 288 F.Supp. 136 (P.R. 1968) . . . . . 39

Cotton v. Fisheries Products Co., 177 N.C. 56 (1919) . . . . . 38

D.H. Overmyer Co., Inc., of Ohio v. Frick Co., 405 U.S. (1972) . . . . . 58, 61

Dang v. Cross, 422 F.3d 800, 807 (9th Cir.2005) . . . . . 44, 45

Egan v. St. Anthony's Med. Ctr., 244 S.W.3d (Mo.2008) . . . . . 51

F.D.I.C. v. Prince George Corp., 58 F.3d (4th Cir. 1995) . . . . . 59

Farnow v. Las Vegas Aerie No. 1213 . . . . . 37, 49

Farnow, 65 Nev. . . . . . 37

Fast v. Kahan, 206 Kan. . . . . . 39

Feldman v. North British & Mercantile Ins. Co., 137 F.2d (4th Cir. 1943) . . . . . 39

Flagg Bros. v. Brooks, 436 U.S. 149 (1978) . . . . . 22

Flippin v. L.A. City Bd. of Civil Service Comm'rs, 148 Cal.App.4th 272, 281, 55 Cal.Rptr.3d 458 (Cal.Ct.App.2007) . . . . . 58

Fountila v. Carter, 571 F.2d (9th Cir.1978) . . . . . 45

Fox v. Knight, 221 Or. 1, (1960) . . . . . 56

Frantz v. Johnson, 116 Nev. (2000) . . . . . 55

Fuentes v. Shevin, 407 U.S. (1972) . . . . . 59, 61

Galen v. County of Los Angeles, 477 F.3d (9th Cir. 2007) . . . . . 25

Gallegos by Gallegos v. Southern Nevada Memorial Hosp., 575 F.Supp. 824 (D.Nev. 1983) . . . . . 43, 47

Gay-Straight Alliance of Okeechobee High School v. State Board of Okeechobee County, 477 F.Supp.2d (S.D. Fla. 2007) . . 36

Gete v. I.N.S., 121 F.3d (9th Cir.1997) . . . . . 58

Gianetti v. Norwalk Hosp., 211 Conn. (1989) . . . . . 52

Golden v. Wilder, 4 S.W.2d (Tex.Civ.App.-Fort Worth 1928) . . . . . 39

Gomez v. Toledo, 446 U.S. 635 (1980) . . . . . 22


JH JACOB HAFTER & ASSOCIATES
7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile

Grand Union Tea Co. v. Lord, 231 Fed. (4th Cir. 1916) . . . . . 38

Hamilton v. State Farm Fire & Casualty Co., 270 F.3d 778 (9th Cir.2001) . . . . . 44

Hanley, 72 Nev. . . . . . 56

Helfand v. Gerson, 105 F.3d 530 (9th Cir. 1997) . . . . . 44

Hickman v. Kline, 71 Nev. (1955) . . . . . 56

Hilton Hotels Corp. v. Butch Lewis Productions, 107 Nev. (1991) . . . . . 55

Hope v. Pelzer, 536 U.S. 730 (2002) . . . . . 49, 50

Houston v. Intermountain Health Care, Inc., 933 P.2d (Utah Ct.App.1997) . . . . . 51

Howerton v.Gabica, 708 F.2d 380 (9th Cir. 1983) . . . . . 24

Hutchins v. Grace Tabernacle United Pentacostal Church, 804 S.W. 2d (Tex. Civ. App. – Houston 1991) . . . . . 39

In re Amerco Derivative Litigation, 252 P.3d (Nev. 2011) . . . . . 55

In re American Intern. Group, Inc., 965 A.2d (Del.Ch.2009) . . . . . 55

Isklander v. Village of Forest Park, 690 F.2d (7th Cir. 1982) . . . . . 40

Islami v. Covenant Med. Ctr., 822 F.Supp. . . . . . 51

Jackson v. Metropolitan Edison Co., 419 U.S. 345 (1974) . . . . . 24

Janda v. Madera Comm. Hosp., 16 F.Supp.2d (E.D. Cal. 1998) . . . . . 52

Jensen v. Lane County, 222 F.3d 570, (9th Cir. 2000) . . . . . 46, 47, 48

Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir.1978) . . . . . 24

Johnson v. Zerbst, 304 U.S. (1938) . . . . . 58

Keddie v. Beneficial Insurance, Inc., 94 Nev. (1978) . . . . . 51

Kirtley v. Rainey, 326 F.3d 1088 (9th Cir. 2003) . . . . . 24

Lake Nacimiento Ranch Co. v. San Luis Obispo County, 841F.2d (9th Cir. 1987) . . . . . 24

Lewisburg Community Hosp., Inc. v. Alfredson, 805 S.W.2d (Tenn.1991) . . . . . 51

Lippoldt v. Cole, 468 F.3d (10th Cir. 2006) . . . . . 35, 36

Lo v. Provena Covenant Med. Ctr., 356 Ill.App.3d (2005) . . . . . 52

Lugar v. Edmondson Oil Co., Inc., 457 U.S. 922 (1982) . . . . . 23

Lytle v. Carl, 382 F.3d (9th Cir.2004) . . . . . 24

Mack v. Estate of Mack, 206 P.3d (Nev. 2009) . . . . . 51


7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile



Manning v. Klein, 1 Pa.Super. (1895) . . . . . 56

Mathews v. Lancaster Gen. Hosp., 87 F.3d 624 (3rd Cir. 1996) . . . . . 48

May v. Anderson, 121 Nev. (2005) . . . . . 51

Mejia v. City of New York, 228 F.Supp.2d (E.D.N.Y. 2002) . . . . . 40

Miranda v. City of Cornelius, 429 F.3d (9th Cir.2005) . . . . . 25

Mitchell v. Forsythe, 472 U.S. 511 (1985) . . . . . 49

Model Civ. Jury Instr. 9th Cir. 7.5 (2004) . . . . . 45

Monell v. Dep't of Soc. Servs., 436 U.S. 658, 691(1978) . . . . . 24, 40, 44

Monroe v. Pape, 365 U.S. (1961) . . . . . 36

Morse v. Modern Woodmen, 166 Wis. 194 (1917) . . . . . 38

Morse v. N. Coast Opportunities, Inc., 118 F.3d 1338, 1340 (9th Cir. 1997) . . . . . 24

Muetze v. Tuteur, 77 Wis. 236 (1890) . . . . . 38

NAACP v. Button, 371 U.S. (1963) . . . . . 36

Native Villiage of Venetie Ira Council v. Alaska, 155 F.3d (9th Cir. 1998) . . . . . 36

O'Byrne v. Santa Monica-UCLA Medical Center, 94 Cal.App.4th (2001) . . . . . 52

Ostlund v. Bobb, 825 F.2d (9th Cir.1987) . . . . . 58

Owen v. City of Independence, 445 U.S. (1980) . . . . . 34

Pandalfo v. Bank of Benson, 273 F. (9th Cir. 1921) . . . . . 38

Pearson v. Callahan, 555 U.S. 223 (2009) . . . . . 49

Perry v. Sindermann, 408 U.S. 593 (1972) . . . . . 23

Phelps Dodge Refining Corp. v. F.T.C., 139 F.2d (2nd Cir. 1943) . . . . . 39

Powell v. Shopco Laurel Co., 678 F.2d (4th Cir. 1982) . . . . . 40

Read v. McKennan Hospital, 2000 S.D. (2000) . . . . . 52

Redman v. County of San Diego, 942 F.2d 1435 (9th Cir. 1991) . . . . . 24, 34

Richardson v. McKnight, 521 U.S. 399 (1997) . . . . . 46, 47

Rojas v. Alexander's Dept's Store, Inc., 924 F.2d (2d Cir. 1990) . . . . . 40

Saucier v. Katz, 533 U.S. 194 (2001) . . . . . 49

Smith v. Brookshire Bros., 519 F.2d (5th Cir. 1975) . . . . . 40


7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile



Smith v. Wade, 461 U.S. (1983) . . . . . . 44

Somers v. Thurman, 109 F.3.d (9th Cir. 1997) . . . . . . 50

St. John's Hosp. Med. Staff v. St. John Reg'l Med. Ctr., 90 S.D. (1976) . . . . . . 52

Strohecker v. Mut. B. & L. Assn., 55 Nev. (1934) . . . . . . 54

Summit Health. Ltd. v. Pinhas, 500 U.S. 322 (1991) . . . . . . 48

Sutton v. Providence St. Joseph Med. Ctr., 192 F.3d 826 (9th Cir. 1999) . . . . . . 24

Taff Vale Co. v. Amalgamated Society of Railway Servants, [1901] A. C. 426 . . . . . . 37

Tate v. UMC, Case No. 11-15602 (9th Cir. 2011) . . . . . . 47

Taylor v. First Wyo. Bank, N.A., 707 F.2d 388 (9th Cir. 1983) . . . . . . 24

U.S. v. Lanier. 520 U.S. 259 (1997) . . . . . . 50

U.S. v. Real Property Located at Incline Village, 976 F.Supp. 1327 (D.Nev. 1997) . . . . . . 44, 48

United Broth. Of Carpenters and Jointers of America, Local No. 1780 v. Dahnke, 102 Nev. (1986) . . . . . . 56

University & Cmty. Coll. Sys. v. Sutton, 120 Nev. (2004) . . . . . . 55

Villegas v. Gilroy Garlic Festival Ass'n. 541 F.3d 950 (9th Cir. 2008) . . . . . . 24

Virmani v. Presbyterian Health Services Corp., 127 N.C.App. (1997) . . . . . . 52, 54

Walls v. Central Contra Costa Transit Authority, 653 F.3d (9th Cir. 2011) . . . . . . 58, 60

Warren v. City of Carlsbad, 58 F.3d (9th Cir.1995) . . . . . . 10

West v. Atkins, 487 U.S. (1988) . . . . . . 40

Williams v. U.M.C., Case No. 2:09-cv-00554-PMP-PAL . . . . . . 43, 50

Williams v. UMC, 688 F.Supp.2d (D.Nev. 2010) . . . . . . 25, 51

Wilson v. Layne, 526 U.S. 603 (1999) . . . . . . 49

Zinermon v. Burch, 494 U.S. (1990) . . . . . . 22

## Statutes

42 U.S.C. § 1983 . . . . . . 23

N.R.S. § 450.150 . . . . . . 33, 34

N.R.S. § 450.160 . . . . . . 33, 34

N.R.S. § 450.180 (5) . . . . . . 33, 34, 53

N.R.S. § 450.430 (1) . . . . . . 54

7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile
JH JACOB HAFTER & ASSOCIATES

N.R.S. 81.770 . . . . . . . . 36

Nev. Rev. Stat. § 81.200(3) . . . . . . . . 39

Nev. Rev. Stat. § 81.770 . . . . . . . . 37

Nev.Rev.Stat. § 86.361 . . . . . . . . 39

Or. Rev. Stat. § 426.280(5) . . . . . . . . 47

## Rules

Fed.R.Civ.P. 50(a) . . . . . . . . 10

Fed.R.Civ.P. 56(c) . . . . . . . . 10, 11

## Treatises

1 Am. Law Med. Malp. § 6:9 at 1, *citing* 2004 JCAH Accreditation Standards at 293 . . . . . . . . 43

17A Am.Jur.2d, *Contracts* § 113, at 129 (1991) . . . . . . . . 52

17A Am.Jur.2d, *Contracts* § 26 . . . . . . . . 53

1A Martin A. Schwartz, Section 1983 Litigation: Claims and Defenses § 16.14[D][3] (4th ed. 2005) . . . . . . . . 45

Black's Law Dictionary 327 (2d Pocket Ed. 2001) . . . . . . . . 26

E. Allan Farnsworth, Contracts §7.17 (4th Ed. 2004) . . . . . . . . 56

## Constitutional Provisions

U.S. Const., XIV Amendment . . . . . . . . 23

7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile
JH JACOB HAFTER & ASSOCIATES