Thomas G. Ryan
Nevada Bar No. 9378
tryan@lrlaw.com
Lisa Wong Lackland
Nevada Bar No. 9934
llackland@lrlaw.com
Emily Gubler Clark
Nevada Bar No. 10547
eclark@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone:  702-949-8200
Facsimile:  702-949-8398

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES S. TATE, JR., M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA *et al.*,<br><br>Defendants. | CASE NO.:  2:09-cv-01748-LDG-RJJ<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-SIZED REPLY BRIEF** |

Pursuant to LR 7-2 and 7-4, defendants request leave to file a reply brief (in support of their motion for summary judgment) that exceeds 20 pages.[1]

Defendants filed their motion for summary judgment on August 23, 2012.  (Doc. 86.) Plaintiff's response, filed on September 28, 2012, consists of 57 pages, exclusive of exhibits. (Doc. 91.)[2]

In order adequately to address the various points and authorities raised by plaintiff in his own over-sized response, defendants request leave to file a reply brief that contains excess pages.

---

[1] Defendants' reply brief is due on October 19, 2012.  (*See* Doc. 89.)

[2] Plaintiff sought leave to file his over-sized response on October 1, 2012 (Doc. 92), and this Court granted plaintiff's request on October 2, 2012 (Doc. 95).

- 1 -

In accordance with LR 7-4, defendants will also provide tables of contents and authorities at the time of filing their reply brief.

DATED this 16th day of October, 2012.

LEWIS AND ROCA LLP

By *Thomas G. Ryan*
   Thomas G. Ryan
   Nevada Bar No. 9378
   Lisa Wong Lackland
   Nevada Bar No. 9934
   Emily Gubler Clark
   Nevada Bar No. 10547
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169
   *Attorneys for Defendants*

ORDER

IT IS SO ORDERED.

DATED this 19 day of October, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge