# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES S. TATE, JR. M.D., | |
| Plaintiff, | Case No. 2:09-cv-01748-LDG (NJK) |
| v. | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, *et al.*, | |
| Defendants. | |

This matter came before the Court on Defendants' Motion for Summary Judgment (#86), which the Court GRANTED, and Plaintiff's Motion for Partial Summary Judgment (#87), which the Court DENIED. Therefore,

THE COURT **ORDERS AND ADJUDGES** that the Plaintiff, James S. Tate, Jr., M.D., recover nothing, that the action is dismissed on the merits, and that Defendants recover costs from the Plaintiff.

DATED this 26 day of March, 2013.

_____
Lloyd D. George
United States District Judge