UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES S. TATE, JR., M.D., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:09-cv-01748-LDG-NJK |
| ) | |
| vs. ) | ORDER STRIKING LETTER |
| ) | |
| MICHAEL K. NAETHE, et al., ) | (Docket No. 122) |
| ) | |
| Defendant(s). ) | |
| ) | |

Pending before the Court is a letter "advising" the Court of concerns that Plaintiff's counsel has regarding a motion to substitute attorneys. Docket No. 122. The proper vehicle for opposing a motion is the filing of a response supported by a memorandum of points and authorities. *See* Local Rule 7-2(b). Parties are not permitted to file letters. *Cf.* Local Rule 10-1, Local Rule 10-2 (explaining formatting requirements for court filings). Because the pending letter failed to comply with these rules, it is hereby **STRICKEN**. To the extent Plaintiff intends to oppose the motion to substitute, he shall file a proper response no later than August 11, 2015. Any reply shall be filed no later than August 14, 2015.

IT IS SO ORDERED.

DATED: August 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge