JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
**HAFTERLAW**
6851 West Charleston Boulevard
Las Vegas, Nevada 89117
Tel: (702) 405-6700
Fax: (702) 685-4184

Counsel for Plaintiff
JAMES S. TATE, M.D.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES S. TATE, JR., M.D.,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et. al.,<br><br>            Defendants. | Case No.: 2:09-cv-01748-LDG-RJJ<br><br>**STIPULATION AND ORDER TO ALLOW VIDEOCONFERENCE TESTIMONY OF HUGH BUTTS, MD, AT TRIAL** |

COMES NOW, Plaintiff, by and through counsel, JACOB HAFTER, ESQ., of HAFTERLAW, and Defendants by and through counsel LISA ZASTROW, ESQ., and MATTHEW T. DUSHOFF, ESQ., of Kolesar & Leatham, with a stipulation that Plaintiff's witness, HUGH BUTTS, M.D., be permitted to testify at trial via video-conference. This Stipulation is made based on the understanding that Dr. Butts has been recently diagnosed with cancer and is currently undergoing intensive treatment for this disease. As a result of the diagnosis and treatment, Dr. Butts has had to close his medical practice and alter his activities of daily living in such a manner that travel from his home in New York to Las Vegas for trial will be unduly burdensome on his health.

Plaintiff's counsel will work with the technical staff of the Court to facilitate the videoconference testimony. Dr. Butts will be permitted to testify via videoconference provided

that he does so from the offices of a court reporting service in New York which has videoconference capabilities compatible with the Court's technological capabilities, and has a notary public in the room from which he is testifying who swears his testimony in under oath.

    The parties state that this stipulation is made in good faith and not for purposes of delay.

DATED this 20th day of August, 2015.       DATED this 20th day of August, 2015.

**HAFTERLAW**      **KOLESAR &LEATHAM**

By: /s/ Jacob L. Hafter      By: /s/ Lisa J. Zastrow
    JACOB L. HAFTER, ESQ.      MATTHEW T. DUSHOFF, ESQ.
    Nevada State Bar No. 9303      Nevada Bar No. 004975
    **HAFTERLAW**      LISA J. ZASTROW, ESQ.
    6851 West Charleston Boulevard      Nevada Bar No. 009727
    Las Vegas, Nevada 89117      400 S. Rampart Blvd., Ste. 400
    Tel: (702) 405-6700      Las Vegas, Nevada 89145
    Fax: (702) 685-4184      Telephone: (702) 362-7800
    *Counsel for Plaintiff*      Facsimile: (702) 362-9472
          *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED:

DATED: _____ August 2015

_____
U.S. DISTRICT JUDGE
LLOYD D. GEORGE



6851 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 405-6700 Telephone
(702) 685-4184 Facsimile