# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES S. TATE, JR., M.D.,

    Plaintiff,

v.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, *et al*.,

    Defendants.

Case No. 2:09-cv-01748-LDG (NJK)

**ORDER**

THE COURT **ORDERS** that Plaintiff James S. Tate, Jr., M.D.'s Emergency Motion to Strike (#141) is DENIED.

DATED this 16 day of September, 2015.

Lloyd D. George
United States District Judge