# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES S. TATE, JR., M.D., | |
| Plaintiff, | Case No. 2:09-cv-01748-LDG (NJK) |
| v. | ORDER |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al., | |
| Defendants. | |

It has come to the Court's attention that the plaintiff, James S. Tate, Jr, has filed a document with the Ninth Circuit Court of Appeals that moves for clarification of memorandum. A review of that document indicates that, in the guise of seeking a clarification, the plaintiff is actually seeking the reversal of a previous decision of this Court. Out of an abundance of caution, the Court will stay this matter pending the circuit court's resolution of the plaintiff's recently filed document with that court.

Accordingly,

THE COURT ORDERS that this matter is STAYED;

THE COURT FURTHER ORDERS that the Jury Trial currently set for November 16, 2015, and the Calendar Call set for November 10, 2015, at 2:00 p.m. are VACATED;

1    THE COURT FURTHER ORDERS that plaintiff shall file a status report regarding
2 resolution of his "Motion for Clarification of Memorandum" thirty days from entry of this
3 Order, and every sixty days thereafter until the Ninth Circuit Court of Appeals rules on that
4 document.  Further, upon the Ninth Circuit Court of Appeal's resolution of that document,
5 plaintiff shall promptly file a status report so informing the Court.

DATED this ___6___ day of November, 2015.

_____
Lloyd D. George
United States District Judge