UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES S. TATE, JR., M.D.,<br><br>Plaintiff(s),<br><br>vs<br><br>UNIVERSITY MEDICAL CENTER<br>OF SOUTHERN NEVADA, etc.,<br><br>Defendant(s). | Case #2:09-CV-1748-JAD-NJK<br><br>ORDER REFERRING CASE FOR<br>SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **December 6, 2016,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe** for a settlement conference.

DATED this 8th day of June, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE