1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES S. TATE, JR., M.D., | ) |
| Plaintiff(s), | ) Case No. 2:09-cv-01748-JAD-NJK |
| vs. | ) ORDER |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al., | ) |
| Defendant(s). | ) |

Due to conflicting duties of the Court, the settlement conference is hereby **ADVANCED** to 9:30 a.m. on September 15, 2016.  Settlement statements shall be submitted no later than September 9, 2016. All other requirements outlined in the order at Docket No. 251 continue to govern.

IT IS SO ORDERED.

DATED: August 5, 2016

_____
Nancy J. Koppe
United States Magistrate Judge