1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9  JAMES S. TATE, JR., M.D.,                                )
                                                            )       Case No. 2:09-cv-01748-JAD-NJK
10                     Plaintiff(s),                        )
                                                            )       ORDER
11  vs.                                                     )
                                                            )
12  UNIVERSITY MEDICAL CENTER OF                            )
    SOUTHERN NEVADA, et al.,                                )
13                                                          )
                       Defendant(s).                        )
14  _____                   )

15          A settlement conference is set in this case for tomorrow, September 15, 2016.  *See* Docket No.

16  252.   The Court has just received notice that Plaintiff is now deceased.   *See* Docket No. 253.

17  Nonetheless, Plaintiff's counsel requests that the settlement conference proceed. *See id.*  The Court is

18  unclear how the settlement conference can proceed because Plaintiff's counsel lacks the authority to

19  settle this case.   The Court hereby **SETS** a telephonic hearing regarding the settlement conference for

20  this afternoon, September 14, 2016, at 1:30 p.m.  Counsel shall appear telephonically by calling the

21  Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code

22  is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line

23  phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

24          IT IS SO ORDERED.

25          DATED: September 14, 2016

26
                                              _____
27                                            NANCY J. KOPPE
                                              United States Magistrate Judge
28