1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  JAMES S. TATE, JR., M.D.,                        )
                                                     )     Case No. 2:09-cv-01748-JAD-NJK
11                    Plaintiff(s),                  )
                                                     )     ORDER
12  vs.                                              )
                                                     )     (Docket No. 257)
13  UNIVERSITY MEDICAL CENTER OF                     )
    SOUTHERN NEVADA, et al.,                         )
14                                                   )
                      Defendant(s).                  )
15  _____            )

16         Pending before the Court is a motion to substitute the plaintiff, who is deceased.  Docket No.

17  257.  A notice of non-opposition has been filed.  Docket No. 259.  Accordingly, the motion to substitute

18  Richard Tate in place of James S. Tate, Jr., M.D. is hereby **GRANTED**.

19         IT IS SO ORDERED.

20         DATED: September 23, 2016

21

22         _____
           NANCY J. KOPPE
           United States Magistrate Judge
23

24

25

26

27

28