UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James S. Tate, Jr., M.D., | 2:09-cv-1748-JAD-NJK |
| Plaintiff | |
| vs. | **Order Granting in part Motion to Exceed Page Limit for Motions in Limine** |
| University Medical Center of Southern Nevada, et al., | [ECF No. 270] |
| Defendants | |

On November 4, 2016, University Medical Center of Southern Nevada filed its Omnibus Motions in Limine[1] along with a motion to exceed the 24-page limit[2] because the Omnibus motion spans 47 pages, including the meet-and-confer certification and the tables of contents and authorities.

I find that UMC has demonstrated good cause to exceed the local rule's 24-page limit, but it has not shown that it needs 47 pages to communicate its in-limine arguments. The twelve topics are separated by large gaps of white space that unnecessarily lengthen this filing. The first page is nothing but the caption, which can easily be shortened (as above), and page two is dedicated entirely to an unnecessary announcement that UMC "hereby submits its Omnibus Motion in Limine," along with a signature block. If these unnecessary placeholders are eliminated, it appears that the omnibus motion would cover no more than 35 pages, including the tables.

Although it may seem to UMC that my formatting concerns are trivial, they have a real implication here: with each additional page I allow for UMC's motion arguments, plaintiff may ask for the same allowance. Judicial efficiencies require that I grant additional pages sparingly. And because it appears that an efficient briefwriter and desktop document designer could do just as much with fewer than 47 pages, I grant UMC's motion only in part.

---

[1] ECF No. 269.

[2] ECF No. 270.

Accordingly, IT IS HEREBY ORDERED that:

- UMC's Motion to Exceed Local Rule 7-4 Page Limit for Omnibus Motion in Limine **[ECF No. 270] is GRANTED in part and DENIED in part.**
- UMC's Omnibus Motion in Limine **[ECF No. 269] is DENIED without prejudice to the filing of a new Omnibus Motion in Limine of 35 pages or less, including tables, on or before 5 p.m. on November 10, 2016.** UMC is cautioned that the court does not consider substantive arguments raised in footnotes, so it should be careful to populate its footnotes with citations and non-substantive points only.

Dated this 8th day of November, 2016.

_____
Jennifer A. Dorsey
United States District Judge