UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES S. TATE JR., M.D.,      )
                              )
      Plaintiff,        )
                              )
VS.                       )
                              )   CASE # 2:09-CV-01748-JAD-NJK
UNIVERSITY MEDICAL CENTER   )
                              )
      Defendant.     )

**ORDER**

This Court having ordered the jury impaneled in the above entitled action to be kept

together during periods of deliberation, now, therefore**,**

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and

attendants shall be paid by the Clerk of Court.

Dated: 12/28/2016

_____
JENNIFER A. DORSEY, U.S. DISTRICT JUDGE